# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILLIP S. PEPPER and KAYLIN L. CLINTON, | NO. 3:19-cv-00758 |
| Plaintiffs, | |
| v. | (JUDGE CAPUTO) |
| TIMOTHY J. COVINGTON, | |
| Defendant. | |

## **ORDER**

**NOW**, this 31st day of May, 2019, **IT IS HEREBY ORDERED** that Plaintiffs are given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order. If Plaintiffs fail to do so, the action will be dismissed.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge